AMOUD PRICE

VERSUS

STATE

NO. 23-K-170

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

April 18, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** AMOUD PRICE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE MICHAEL P. MENTZ, DIVISION "F", NUMBER 21-6391

Panel composed of Judges Jude G. Gravois,
John J. Molaison, Jr., and Cornelius E. Regan, Pro Tempore

## WRIT OF MANDAMUS GRANTED WITH INSTRUCTIONS

In this *pro se* writ application, relator, Amoud Price, seeks mandamus relief to compel the trial court to rule on his Motion for Preliminary Hearing, Motion to Suppress Statements, Motion to Suppress Victim Statements, Motion to Notify for Trial, Motion for Speedy Trial, and Motion for Discovery, which he allegedly filed on March 9, 2023 in the Twenty-Fourth Judicial District Court, Case Number 21-6391.

Upon review, we first note that relator has failed to attach copies of these motions to his writ application. In any event, if these motions were in fact properly filed, we grant relator's request for mandamus relief and direct the trial court to rule on these motions, if it has not already done so, within thirty days from the date of this disposition and to furnish relator and this Court with a copy of the rulings on said motions.

Gretna, Louisiana, this 18th day of April, 2023.

**JGG**
**JJM**
**CER**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **04/18/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-K-170**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Amoud Price #286386 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054